**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 24 2024

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

_____KEITH CUNNINGHAM_____, Plaintiff

v.

_____UNITED STATES OF AMERICA_____,

**Jury Trial requested:**
(please check one)
_____ Yes _x_ No

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

### PRISONER COMPLAINT

---

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

KEITH CUNNINGHAM, Prisoner No. 28019-064
FCI Englewood, 9595 W. Quincy Ave., Littleton, Colorado 80123

(Name, prisoner identification number, and complete mailing address)

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

\_\_\_\_   Pretrial detainee
\_\_\_\_   Civilly committed detainee
\_\_\_\_   Immigration detainee
\_\_\_\_   Convicted and sentenced state prisoner
\_X\_\_   Convicted and sentenced federal prisoner
\_\_\_\_   Other: (*Please explain*) _____

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:   UNITED STATES OF AMERICA

(Name, job title, and complete mailing address)
[U.S. Attorney General] Room 5111, Main Justice Bldg., 10th and Constitution N.W., Washington, DC 20530

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  _X_ Yes \_\_\_ No (*check one*).  Briefly explain:

The United States of America always acts under color of federal law as does its agents.

Defendant 1 is being sued in his/her _X_ individual and/or \_\_\_ official capacity.

Defendant 2: _____

(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _____

(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

____    State/Local Official (42 U.S.C. § 1983)

____    Federal Official

As to the federal official, are you seeking:

___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

_X_    Other: (*please identify*) __Federal Tort Claims Act__

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:    NEGLIGENCE

Claim one is asserted against these Defendant(s): UNITED STATES OF AMERICA

Supporting facts:

1. On 9/21/2022, Plaintiff had a severe seizure and was taken to the emergency room at Swedish Hospital after falling and hitting his head on the prison floor in his housing unit at FCI Englewood as a result of a seizure. Plaintiff has had several seizures while in the custody of the Bureau of Prisons and the Bureau of Prisons ("BOP") medical staff indicated in Plaintiff's medical records that he suffers from a seizure disorder as early as the year 2014. Since 2014, Plaintiff has had several seizures and reported these seizures to the BOP medical staff at his prison. BOP medical staff falsely reported to Plaintiff's treating physician at the Swedish Hospital that Plaintiff has no known seizure disorder.

2. Since 2014 when BOP medical care providers treating Plaintiff at his prison determined that Plaintiff had a seizure disorder his care providers failed to send Plaintiff to see a specialist to treat his seizure disorder. Plaintiff continued to have seizures over the last ten years without any treatment to prevent said seizures. Plaintiff's BOP medical care providers had a duty to provide adequate medical care to Plaintiff and to use due care in his medical care.

3. On 9/23/2022 while at FCI Englewood in the recreation area of the federal prison, Plaintiff had yet another seizure. Plaintiff fell from the bleachers where he was sitting and broke his neck as well as fractured his back. Plaintiff was taken back to the Swedish Hospital where he was treated until his release on 10/1/2023. Upon Plaintiff's return from the Swedish Hospital his medical care providers negligently failed to send him to receive treatment from a specialist for his seizure disorder.

### D. STATEMENT OF CLAIMS

4. Defendant's failure to pursue treatment for Plaintiff's seizure disorder from 2014 until the date of Plaintiff's seizure on 9/21/22 constitutes the tort of medical negligence.

5. Defendant's failure to pursue treatment for Plaintiff's seizure disorder from 9/21/22 until his seizure and severe injuries occurred on 9/23/22 constitutes the tort of medical negligence.

6. Defendant's failure to refer Plaintiff to a medical specialist to treat his seizure disorder when BOP medical staff treating Plaintiff did not have the expertise to treat Plaintiff's seizure disorder constitutes the tort of medical negligence.

7. Defendant's failure to timely provide Plaintiff with seizure medication when notified repeatedly that Plaintiff was having seizures and after Plaintiff's seizure on 9/21/22 requiring his hospitalization constitutes the tort of medical negligence.

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ___ Yes __X__ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                    _____

Docket number and court:                  _____

Claims raised:                                    _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)   _____

Reasons for dismissal, if dismissed:    _____

Result on appeal, if appealed:            _____

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

      __X__ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

      __XX__ Yes ___ No (*check one*)

FTCA CLAIMS ARE EXHAUSTED BY FILING A CLAIM WITH THE REGIONAL
OFFICE OF THE AGENCY INVOLVED. PLAINTIFF HAS FILED SUCH A CLAIM.
EXHIBIT A IS THE CLAIM THAT PLAINTIFF FILED WITH THE BOP.
EXHIBIT B IS THE DENIAL OF PLAINTIFF'S FTCA CLAIM WHICH PLAINTIFF
RECEIVED ON 6/5/2024.

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

```
Plaintiff requests compensatory damages for each instance of
medical negligence described herein (enumerated under Statement
of Claims numbers 4, 5, 6, & 7);

Plaintiff requests costs in this suit;

Plaintiff requests any other relief that the Court deems equitable.
```

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

June 6. 2024
_____
(Date)

(Revised November 2022)

6

**EXHIBIT A**

FTCA claim filed with Regional Office of Bureau of Prisons 12/5/23

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency:<br>BOP, North Central Regional Office<br>Gateway Complex Tower II, 8th Floor<br>400 State Ave.<br>Kansas City, KS 66101-2492 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code) KEITH CUNNINGHAM #28019-064<br>FCI Englewood<br>9595 W. Quincy Ave.<br>Littleton, Colorado 80123 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH<br>11/7/42 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>[see narrative] | 7. TIME (A.M. OR P.M.)<br>--------- |
|---|---|---|---|---|

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

On 9/21/2022, I had a severe seizure and was taken to the emergency room at the Swedish Hospital after falling unconscious and hitting my head on the floor at FCI Englewood where I am incarcerated. (See Exhibit B). The BOP has been aware of my seizures since at least 2014.
----See Continuation Page----

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

I suffered a broken neck, pain, psychological & emotional injuries (fear, anxiety, depression), and numerous additional physical injuries listed in medical record attached as Exhibit B.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Michelle Porter FNP [Medical Care Provider] | FCI Englewood, 9595 W. Quincy Ave., Littleton, Colorado 80123 |

**12.** (See instructions on reverse.) **AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| -------------- | $500,000.00 | ------------- | $500,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of person signing form | 14. DATE OF SIGNATURE<br>12/5/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109                    NSN 7540-00-634-4046                    STANDARD FORM 95
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

BASIS OF CLAIM CONTINUATION PAGE

At the Swedish Hospital, where the FCI Englewood medical staff took me for treatment, it was determined that I had another seizure. Although the BOP medical staff at FCI Englewood were well aware of my seizure disorder (see Exhibit C), I have not been treated for my seizures nor has the BOP medical staff sent me to see a specialist capable of providing treatment for my seizures.

On or about 9/23/2023 while at FCI Englewood I had another seizure and fell from the bleachers onto my face (about 5 feet). I was taken to the Swedish Hospital again where I received treatment from 9/23/23 until being discharged on 10/1/22. (See Exhibit A). It was determined that I broke my neck due to the seizure and subsequent fall from the bleachers at FCI Englewood. The hospital documented my injuries. (See Exhibit A).

The medical care providers who were tasked with caring for me since my incarceration are negligent for failing to provide me with adequate care for my seizures. The medical care providers at FCI Englewood who were tasked with providing care for me after my first seizure are negligent for failing to provide treatment for my seizures after having knowledge of my seizure and hospitalization on 9/21/2022. Due to the BOP's failure to provide me with adequate medical care and treatment for my seizures, I had another seizure (which could have been prevented) which caused the injuries described in Section 10 of this tort claim and in Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of December 2023 at Littleton, Colorado.


Keith Clifford Cunningham
Prisoner No. 28019-064
FCI Englewood
9595 W. Quincy Ave.
Littleton, Colorado 80123

SWEDISH MEDICAL CENTER (COCZS)
Discharge Summary
REPORT#:1001-0024   REPORT STATUS: Signed
DATE:10/01/22 TIME: 0152

PATIENT: CUNNINGHAM,KEITH                UNIT #: AQ02591418
ACCOUNT#: AQ1018270355                   ROOM/BED: AQ.9326-A
DOB: 11/07/42  AGE: 79      SEX: M       ATTEND: Busch,Maxwell Hirsh   MD
ADM DT: 09/23/22                         AUTHOR: Watanabe,Miyako   DO R1
Report Service Date:10/01/22
* ALL edits or amendments must be made on the electronic/computer document *


General Information
Discharge date: 09/30/22
Discharge diagnosis:
*C5-6 transdiscal injury
*C5 teardrop fracture
*Complete disruption of ALL
*Partial thickness tear of PLL (level of C5-6)
*Age-indeterminate compression fracture of T6
*Moderate focal narrowing of cervical left vertebral artery
at level of C5-6 w/o evidence of vascular injury

s/p C5-6 anterior cervical disc fusion (Elliott) on 9/24
Hospital course:
79 y/o male with Hx of seizures presents after falling onto face from bleachers
4-5 feet from the ground

MOI: Fall from bleachers
DOI: 9/23
Code: Full


Trauma imaging
- CT Head and neck: no acute intracranial hemmorhage, no acute facial fracture.
Cervical findings as listed below in A/P
- CT chest/abdomen/pelvis: Age-indeterminate compression fracture of T6
- CTA head and neck: findings as below in A/P
- Cervical spine MRI: findingss as below in A/P

*C5-6 transdiscal injury
*C5 teardrop fracture
*Complete disruption of ALL
*Partial thickness tear of PLL (level of C5-6)
*Age-indeterminate compression fracture of T6
*Moderate focal narrowing of cervical left vertebral artery at level of C5-6 w/o
evidence of vascular injury
- NSGY consulted (Elliott), appreciate recs
Per NSGY
-HOB at 0-20 degrees
-Aspen collar AAT
-NPO midnight today
-TLSO when OOB, expect 6-8 wks
-9/24: C5-6 anterior cervical disc fusion (Elliott)
Per NSGY
-Aspen collar OOB x 6 weeks
-TLSO when OOB, expect 6-8 wks
-Chem DVT ppx okay on POD2 pm (9/27 pm) from nsgy standpoint

*Seizures

EXHIBIT "A"

HISTORY OF PRESENT ILLNESS:
Patient is a 79-year-old male, PMH hyperlipidemia, hypertension, who presents today from presenting via EMS after his cellmate witnessed patient collapse to the ground with subsequent shaking. History primarily provided by EMS. Initially on EMS arrival, patient appeared somewhat altered and was combative requiring complete restraints but seemed to be clearing while in ambulance. On transport, patient was complaining of left knee pain but otherwise was unwilling to respond to direct questioning regarding his current symptoms. EMS report that patient had 1 seizure in 2014, no known seizure disorder and is not on any antiepileptic medications. No known trauma or falls, no recent changes to medications. Patient required full four-point restraints and transportation to initial combativeness.

REVIEW OF SYSTEMS:
Unable to obtain complete ROS secondary to patient's postictal state.
Neurological: No headache. No focal weakness. +confusion.

The documented elements of social, medical, surgical and family history were reviewed and verified by me.

PHYSICAL EXAM:
GENERAL: Alert and interactive, cooperative, has no immediate need for airway protection, and no current signs of significant toxicity. Appears stated age.
EYES: Pupils equal and round, no pallor, icterus or injection. EOMI.
HENT: Normocephalic/atraumatic. No battle sign or Racoon eyes. No appreciable scalp hematoma. Moist mucous membranes. Nares are grossly patent.
PULMONARY: There are no retractions, lungs are clear to auscultation bilaterally without wheezes rales or rhonchi. Normal respiratory effort.
CARDIOVASCULAR: Regular rate and rhythm. Heart sounds normal, no murmur. Appears well perfused. No dependent edema.
GI: Abdomen is soft. Diffusely non-tender,non-distended. No guarding,and no rebound tenderness.
NEURO: Awake, alert. Moves all extremities under own power. PERRLA, EOMI, Face symmetrical, speech clear. Smile symmetric. Soft touch sensation intact to extremities.
SKIN: Warm and dry, no rash on exposed surfaces.
MSK: Neck is supple, non tender with full ROM. No midline spinal tenderness to palpation without any appreciable step-offs. Paraspinal tenderness in thoracic spine. Extremities are symmetrical, full range of motion.
IMMUNE: No lymphadenopathy
PSYCH: Agitated affect

DIFFERENTIAL DIAGNOSIS: Including, but not limited to seizure, epilepsy, tumor, intracranial bleeding, CVA, traumatic SAH, subdural hematoma, electrolyte abnormality, hypoglycemia, medication effect

DATA INTERPRETATION:
Radiology images independently viewed by me. Labwork reviewed.
EKG interpretation:
time : 0923
rate : 62 bpm

EXHIBIT B

Page 2 of 8

1ST SEIZURE

# Bureau of Prisons
# Health Services
# Clinical Encounter

---

| | | | |
|---|---|---|---|
| Inmate Name: | CUNNINGHAM, KEITH CLIFFORD | Reg #: | 28019-064 |
| Date of Birth: | 11/07/1942 | Sex: M   Race: WHITE | Facility: ENG |
| Encounter Date: | 09/21/2022 07:39 | Provider: Porter, Michelle FNP | Unit: E06 |

---

Emergency - Trauma encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**       Provider:  Porter, Michelle FNP

Chief Complaint:   Trauma/Injury

Subjective:   IM is a 79 yo WM who was found down, sz suspected with fall to the head, but sz not confirmed. IM breathing, responsive to painful stimuli, and intermittently responsive to verbal commands, pupils equal and reactive to light. No cervical step offs noted, and moving arms, legs, and head; at times related to commands. IM diaphoretic, airway intact, able to verbalize questions after 10 minutes. IM A&Ox1-self only.

Pain:   Not Applicable

*EXHIBIT "B"*

*1ST SEIZURE WENT TO ER*

---

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/21/2022 | 07:41 ENG | 97.3 | 36.3 | | Porter, Michelle FNP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/21/2022 | 07:41 ENG | 91 | | | Porter, Michelle FNP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/21/2022 | 07:41 ENG | 16 | Porter, Michelle FNP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/21/2022 | 07:41 ENG | 131/69 | | | | Porter, Michelle FNP |

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 09/21/2022 | 07:41 ENG | 122 | Unknown | | Porter, Michelle FNP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/21/2022 | 07:41 ENG | 90 | Room Air | Porter, Michelle FNP |

**ASSESSMENT:**

Seizure disorder, other convulsions, 780.39 - Resolved

**PLAN:**

New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 09/21/2022 | 09/21/2022 | Urgent | No | |

Generated 09/21/2022 07:50 by Porter, Michelle FNP       Bureau of Prisons - ENG       Page 1 of 2

# Bureau of Prisons
## Health Services
### Dental Health History Screen

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CUNNINGHAM, KEITH CLIFFORD | | | Reg #: | 28019-064 |
| Date of Birth: | 11/07/1942 | Sex: M | Race: WHITE | Facility: | ENG |
| Encounter Date: | 01/07/2019 10:07 | Provider: | Bermel, Thomas DMD | Unit: | E04 |

## ASSESSMENTS:

**Health Problems as of Dental Health History Encounter date:** 01/07/2019 10:07

**Health Problems**

| Health Problem | Status |
|---|---|
| Hyperlipidemia, mixed | Current |
|    Continues with Atorvastatin | |
| Cognitive disorder NOS | Current |
|    Patient's chief complaint centers around memory and ability to understand reading material. There are two head injuries which may account for his cognitive deficits. There doesn't appear to be any depression or anxiety that would be contributing. Therefore, no psychiatric treatment will be recommended. Since he doesn't remember any MRI or CT of his head and the most recent injury was in mid-April, a CT or MRI would be useful, but not emergent. | |
| Myopia | Current |
| Hypertension, Unspecified essential | Current |
|    Continues with Lisinopril and HCTZ | |
| BPH, Benign Hypertophy of Prostate | Current |
| Swelling, mass, or lump, localized superficial | Current |
|    Pt has presented a growth  Lump over Right Axillar back for almost 2 yrs  Order US over Lump | |
| Deferred | Current |
| Psychosocial and environmental problems | Current |
| Basal cell carcinoma of skin, unspecified | Current |
|    right cheek | |
| GAF 51 - 70 | Current |
| Polyneuropathy, unspecified | Current |
| Unspecified cataract | Current |
|    3+ NS | |
| Impacted cerumen | Current |
|    bilateral | |
| Unspecified hearing loss | Current |
| Dental caries | Current |
| Unsatisfactory restoration of tooth | Current |
| Unspecified abnormalities of breathing | Current |
| Dislocation of shoulder joint | Current |
|    Left AC joint complete separation - chronic pain | |
| Peripheral neuropathy, unspecified | Resolved |
|    chronic low back pain | Resolved   *NOT RESOLVED* |
| Seizure disorder, other convulsions | Resolved |
| Diarrhea | Resolved |
| Rib(s), fracture, closed | Resolved |
|    left rib 3 to 9  fractures | |
| Cauda equina syndrome | Resolved |
| Screening for hypertension | Resolved |

**Medical History as of Dental Health History Encounter date:** 01/07/2019 10:07

**Medical History:**

**Allergies:**       Denied

Generated 01/07/2019 10:08 by Bermel, Thomas DMD    Bureau of Prisons - ENG    Page 1 of 4

EXHIBIT "C"

**EXHIBIT B**

Bureau of Prisons FTCA claim denial received 6/5/2024



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

Office of the Regional Counsel

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

May 28, 2024

Keith Cunningham, Reg. No. 28019-064
FCI Englewood
9595 West Quincy Ave
Littleton, CO 80123

RE:    Tort Claim TRT-NCR-2024-03799
          Amount of Claim: $500,000.00

          Certified Mail Receipt No:        9589 0710 5270 1058 7170 84

Dear Claimant:

Your above referenced tort claim has been considered for administrative review pursuant to 28 C.F.R. § 0.172, <u>Authority: Federal Tort Claims</u> and 28 C.F.R. Part 14, <u>Administrative Claims Under Federal Tort Claims Act</u>.  Investigation of your claim did not reveal that you suffered any personal injury as a result of the negligent acts or omissions of Bureau of Prisons employees acting within the scope of their employment.

As a result of this investigation, your claim is denied.  This memorandum serves as a notification of final denial under 28 C.F.R. § 14.9, <u>Final Denial of Claim</u>. If you are dissatisfied with our agency's action, you may file suit in an appropriate U.S. District Court no later than 6 months after the date of mailing of this notification.

Sincerely,

Mary A. Noland
Regional Counsel

Keith Cunningham #28019-064
Federal Correctional Institution
9595 W. Quincy Ave.
Littleton, Colorado 80123

Clerk of the Court
United States Courthouse
901 19th Street
Room A105
Denver, Colorado 80294-3589

LEGAL MAIL                          LEGAL MAIL

